UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :      APPLICATION AND
                                             UNSEALING ORDER
        - v. -                        :
                                             S1 07 Cr. 756
JOSE FRANCISCO MENDOZA,               :
  a/k/a "Jose Vidales-Mendoza,"
  a/k/a "Juan Carlos Flores,"         :
  a/k/a "Pepe,"
FRANCISCO AMBRIZ, JR.,                :
  a/k/a "Pee Wee,"
ALBA NAZARIO,                         :
  a/k/a "La Flaca,"
  a/k/a "Geovany,"                    :
JEIMY ORTIZ,
EMERSON GUZMAN,                       :
  a/k/a "Flaco,"
  a/k/a "Charlie,"                    :
ELVIS TEJADA,
ROSALY GARCIA-GUZMAN,                 :
  a/k/a "Charlie,"
  a/k/a "Shally,"                     :
CANDIDO RAFAEL FERNANDEZ,
  a/k/a "Ralphie,"                    :
CESAR ESTEVEZ,
  a/k/a "Boli,"                       :
  a/k/a "Bolivita,"
                                      :

            Defendants.               :
                                      :
- - - - - - - - - - - - - - - - x



        The United States of America, by Michael J. Garcia,

United States Attorney for the Southern District of New York, and

Rua M. Kelly, Assistant United States Attorney, of counsel, hereby

makes this application to this Court for an Order: (1) to unseal

the Indictment in the above-captioned matter; and (2) to make

0293

publicly available a copy of the Indictment.

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

By: _____
      Rua M. Kelly
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       August __, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

0293