

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2007

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
500 Pearl Street, Room 615
New York, N.Y. 10007



RECEIVE
OCT 19 2007
CHAMBERS OF
RICHARD J. SULLIVAN
U.S.D.J.

> **Re:   United States v. Jose Mendoza et al.,**
>         **S1 07 Cr. 756 (RJS)**

Dear Judge Sullivan:

On October 3, 2007, Magistrate Judge Ellis signed an Order unsealing the underlying Indictment in this case. That Indictment includes defendant Jose Manuel Carranza-Ibanez, who was arrested and presented on or about that day in Atlanta, Georgia. Carranza-Ibanez was ordered detained and is presently being transferred to this District for proceedings in this case. A copy of the underlying Indictment is attached for the Court's reference.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

Hon. Richard J. Sullivan
October 17, 2007
Page 2

      After consulting with Your Honor's courtroom deputy clerk, I write to request that the existing defendants be arraigned on the underlying Indictment at the pre-trial conference scheduled for November 2, 2007. I have written defense counsel to inquire whether any counsel desires his or her client to be arraigned on an earlier date, and none have so indicated.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____

      Marshall A. Camp
      Assistant United States Attorney
      Tel: (212) 637-1035

Attachment

cc:    Ramon W. Pagan, Esq. (by fax: 718-792-7645, w/o attachment)
      Robert Rascia, Esq. (by fax: 312-994-9105, w/o attachment)
      Allan P. Haber, Esq. (by fax: 212-233-4411, w/o attachment)
      Daniel Nobel, Esq. (by fax: 212-219-9255, w/o attachment)
      Barry Goldberg, Esq. (by fax: 212-269-2364, w/o attachment)
      Roger J. Schwarz, Esq. (by fax: 212-986-5316, w/o attachment)
      John F.X. Burke, Esq. (by fax: 718-875-0053, w/o attachment)
      Ellyn Bank, Esq. (by fax: 212-962-9696, w/o attachment)

SO ORDERED
Dated:
      RICHARD J. SULLIVAN
      U.S.D.J.