```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**United States of America**

-v-

**Candido Rafael Fernandez**
              **Defendant.**

Case No. 07-CR-756 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      Upon application of the suretors to be released from the defendant's bond, the request is hereby granted and the suretors are released from the defendant's bond. The defendant's bail is hereby revoked and the defendant is hereby remanded to the United States Marshal for the Southern District of New York.

SO ORDERED:

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: March 7, 2008
New York, New York