```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

JOSE FRANCISCO MENDOZA, *et al.*,

                Defendants.

No. 07 Cr. 756 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court shall hold oral argument on the outstanding motions in this case at the conference scheduled for Friday, April 11, 2008 at 2:00 p.m.

SO ORDERED.

Dated:      April 1, 2008
              New York, New York

*/s/ Richard J. Sullivan*
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE