UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES OF AMERICA,

           Plaintiff,

-v-

JOSE FRANCISCO MENDOZA, *et al.*,

           Defendants.

No. 07 Cr. 756 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Oral argument on defendant Deondray King's motion to dismiss is hereby adjourned to __MAY 5, 2008__ at __11AM__. The Court shall hold oral argument on the motions of defendant Candido Rafael Fernandez as scheduled on Friday, April 11, 2008 at 2:00 p.m.

SO ORDERED.

Dated:     April 8, 2008
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE