UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

          Plaintiff,

-v-

JOSE FRANCISCO MENDOZA, *et al.*,

          Defendants.

No. 07 Cr. 756 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at the May 5, 2008 conference before the Court, the motions of defendant Candido Rafael Fernandez, to the extent they are not moot, are denied without prejudice to renewal at a later date. The Clerk of the Court is respectfully directed to terminate the motion located at document no. 70.

SO ORDERED.

Dated:     May 5, 2008
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE